DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SURGENT URANIA DOSS,

Appellant,

v.

CHANDRA DENISE TUCKER AND LINDA TUCKER,

Appellees.

No. 2D22-3642

————————————————

December 20, 2023

Appeal from the Circuit Court for Hillsborough County; Emily A.
Peacock, Judge.

Surgent Urania Doss, pro se.

DeeAnn J. McLemore and Charles W. Hall of Banker Lopez Gassler, P.A.,
St. Petersburg, for Appellees.


PER CURIAM.

        Affirmed.

SLEET, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.